■ In the Matter of JOHN GALLAGHER, Appellant, v EVERETT F. McNAB et al., Constituting the Board of Elections of the County of Suffolk, et al., Respondents.—In a proceeding to invalidate petitions designating Carol Ann Slattery as a candidate in the Republican Party primary election to be held on September 8, 1977 for the public office of Council Member, Town of Babylon, the appeal is from a judgment of the Supreme Court, Suffolk County, dated August 10, 1977, which, after a hearing, denied the application. Judgment reversed, on the law, without costs or disbursements, application granted, and the board of elections is directed to remove the name of Carol Ann Slattery from the appropriate ballot (see *Matter of Gallagher v McNab*, 59 AD2d 569). Gulotta, P. J., Damiani, Shapiro, Mollen and O'Connor, JJ., concur.

■ In the Matter of ANTHONY GIACOBBE et al., Respondents, v ANTHONY RUGGERIO et al., Appellants.—In a proceeding, *inter alia,* to validate petitions designating petitioners as candidates in the Republican Party primary election to be held on September 8, 1977 for the party positions of District Leader and Associate District Leader in the 60th, 61st and 62nd Assembly Districts, the appeal is from a judgment of the Supreme Court, Richmond County, dated July 29, 1977, which, after a hearing, *inter alia,* granted the application in part. Judgment affirmed, without costs or disbursements. Upon the record on this appeal, we agree with Special Term that petitioners' method of numbering the volumes of the various petitions, and their presentation of information on the cover sheets, falls within the technical requirements of subdivision 3 of section 136 of the Election Law. No evidence has been presented by appellants to support a contrary assertion. Hopkins, J. P., Cohalan, Margett, Titone and Suozzi, JJ., concur.

■ In the Matter of ANTHONY I. GIACOBBE, Respondent, v ALICE SACHS et al., Constituting the Board of Elections of the City of New York, and PHILIP J. FITZPATRICK et al., Appellants.—In a proceeding to validate petitions designating Anthony I. Giacobbe as a candidate in the Republican Party primary election to be held on September 8, 1977 for the public office of New York City Council Member at Large from the Borough of Staten Island, the appeal is from a judgment of the Supreme Court, Richmond County, dated July 29, 1977, which after a hearing, *inter alia,* granted the application. Judgment affirmed, without costs or disbursements. There has been compliance with the provisions of the Election Law. Hopkins, J. P., Cohalan, Margett, Titone and Suozzi, JJ., concur.

■ In the Matter of VIRGINIA INGLE, Respondent, v FRANK COVENEY et al., Constituting the Board of Elections of the County of Suffolk, et al., Respondents, and PETER F. COHALAN et al., Appellants.—In a proceeding to invalidate petitions designating appellants as candidates in the Conservative Party primary election to be held on September 8, 1977 for the public offices of Town Supervisor, Town Clerk, Receiver of Taxes and three Town Councilmen of the Town of Islip, the appeal is from a judgment of the Supreme Court, Suffolk County, dated August 2, 1977, which granted the application. Judgment affirmed, without costs or disbursements (see *Matter of Rutter v Coveney*, 38 NY2d 993). Gulotta, P. J., Damiani, Shapiro, Mollen and O'Connor, JJ., concur.